UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY RINARD, ) | 1:06-CV-00509 AWI LJO HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #5] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| JEFFREY WRIGLEY, Warden, ) | [Doc. #1] |
| ) | |
| Respondent. ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO ENTER JUDGMENT |

 Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

 On August 17, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2241. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment.  The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

 On August 25, 2006, Petitioner filed objections to the Findings and Recommendation.

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis. As discussed by the Magistrate Judge, <u>Apprendi v. New Jersey</u>, 506 U.S. 466 (2000), is not applied retroactively on collateral review. <u>United States v. Sanchez-Cervantes</u>, 282 F.3d 664 (9th Cir.), <u>cert. denied</u>, 537 U.S. 939 (2002); <u>Cook v. United States</u>, 386 F.3d 949 (9th Cir. 2004); <u>In re Anderson</u>, 396 F.3d 1336 (11th Cir. 2005). Petitioner's objections present no grounds to question the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 17, 2006, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED;
3. The Clerk of Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   October 3, 2006                        /s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE